RIMON, P.C.
Karineh Khachatourian (SBN 202634)
(counsel for service)
karineh.khachatourian@rimonlaw.com
Nikolaus A. Woloszczuk (SBN 286633)
nikolaus.woloszczuk@rimonlaw.com
2479 E. Bayshore Road, Suite 210
Palo Alto, CA 94303
Telephone: (650) 461-4433
Facsimile: (650) 461-4433

Attorneys for Defendant,
BARRACUDA NETWORKS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| DATA SCAPE LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>BARRACUDA NETWORKS, INC.,<br><br>Defendant. | Case No. 19-cv-00179-LJO-EPG<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; ORDER THEREON** |

All parties hereby stipulate and request that the Court continue the case management conference from May 16, 2019 to May 30, 2019, subject to the Court's availability.

## RECITALS

WHEREAS, a case management conference is currently scheduled for May 16, 2019 at 10:00 a.m.; and

WHEREAS, Defendant's lead counsel has an unavoidable conflict that prevents her from participating on the day and time the conference is currently scheduled.

## STIPULATION

NOW THEREFORE, the parties agree that the case management conference currently set for May 16, 2019 at 10:00 a.m. shall be continued to May 30, 2019 at 10:00 a.m., subject to the Court's availability. The parties further agree that the deadlines triggered by the case management conference shall be reset based on the new case management conference date.

Dated: April 19, 2019     By:  */s/ Karineh Khachatourian*
                               Karineh Khachatourian
                               Nikolaus A. Woloszczuk

                               Attorneys for Defendant,
                               BARRACUDA NETWORKS, INC.

Dated: April 19, 2019     By:  */s/ Paul Kroeger* (as authorized on April 19, 2019
                               Marc A. Fenster
                               Paul Kroeger
                               C. Jay Chung

                               Attorneys for Plaintiff,
                               DATA SCAPE LIMITED

# **ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court continues the case management conference currently scheduled for May 16, 2019 at 10:00 a.m. to May 30, 2019 at 10:00 a.m. before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party wishing to so appear to use the following dial-in number 1-888-251-2909 and passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of the same, in Word format, to epgorders@caed.uscourts.gov for the Judge's review.

IT IS SO ORDERED.

Dated: **April 23, 2019**              /s/ *Erica P. Grosjean*
                                                         UNITED STATES MAGISTRATE JUDGE