**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DATA SCAPE LIMITED,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BARRACUDA NETWORKS, INC.,<br><br>　　　　　　Defendant. | Case No. 19-cv-00179-LJO-EPG<br><br>**ORDER ON JOINT MOTION TO EXTEND PAGE LIMITS**<br><br>Dept.: Courtroom 10, 6th Floor<br>Judge: Hon. Erica P. Grosjean |

All parties hereby stipulate and request that the Court extend page limits to three additional pages of briefing for Defendant Barracuda Networks, Inc.'s ("Barracuda") Reply in Support of Motion to Change Venue due Tuesday, July 2, 2019. Barracuda's Motion to Change Venue is currently noticed for hearing on July 12, 2019.

## **RECITALS**

WHEREAS, on May 6, 2019, Barracuda filed a Motion to Change Venue (D.I. 21) and a Motion to Dismiss (D.I. 21), and a hearing date is set for July 12, 2019 at 10:30 a.m. for the Motion to Change Venue;

WHEREAS, on June 17, 2019, Plaintiff Data Scape Limited ("Data Scape") filed its Opposition to Motion to Change Venue (D.I. 29);

WHEREAS, Barracuda seeks a modest extension of page limits from ten to thirteen pages (i.e., three additional pages for a total of thirteen pages) for Barracuda's Reply in Support of Motion to Change Venue which is due July 2, 2019;

WHEREAS, Barracuda seeks this three page extension in order to respond to Data Scape's Opposition to Motion to Change Venue and to otherwise support its Motion to Change Venue;

WHEREAS, on June 28, 2019, Barracuda's counsel requested if Data Scape would stipulate to Barracuda's request to extend page limits to allow for three additional pages of briefing (i.e., thirteen total pages) for Barracuda's Reply in Support of Motion to Change Venue which is due July 2, 2019;

WHEREAS, on June 28, 2019, Data Scape's counsel agreed to stipulate to Barracuda's request to extend page limits to allow three additional pages of briefing for Barracuda's Reply in Support of Motion to Change Venue.

## **STIPULATION**

NOW THEREFORE, the parties agree to extend page limits to allow three additional pages of briefing (i.e., thirteen total pages) for Barracuda's Reply in Support of Motion to Change Venue which is due July 2, 2019.

| | | | |
|---|---|---|---|
| Dated: June 28, 2019 | | By: | */s/Karineh Khachatourian* <br> Karineh Khachatourian <br> Nikolaus A. Woloszczuk <br><br> Attorneys for Defendant, <br> BARRACUDA NETWORKS, INC. |
| Dated: June 28, 2019 | | By: | */s/Paul Kroeger* (as authorized on June 28, 2019) <br> Marc A. Fenster <br> Paul Kroeger <br> C. Jay Chung <br><br> Attorneys for Plaintiff, <br> DATA SCAPE LIMITED |

## **ORDER**

Pursuant to the parties' joint motion, and for good cause shown, the Court ORDERS that the page limits for Barracuda's Reply in Support of Motion to Change Venue which is due July 2, 2019, is increased to thirteen pages.

IT IS SO ORDERED.

Dated: __**July 1, 2019**__  /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE